425 A.2d 846

Commonwealth v. Tisdale, Appellant.

Submitted September 13, 1979.   Eric L. Lilian, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

425 A.2d 847

Commonwealth v. Todd, Appellant.

Commonwealth v. Tindall, Appellant.

Submitted April 12, 1979.   Norman A. Levine, Public Defender, for appellant (at No. 1039) and for appellant (at No. 1040); Paul W. Johnson, Assistant District Attorney, for Commonwealth, appellee (at Nos. 1039 & 1040).

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Judgments of sentence affirmed.